# In the United States Court of Federal Claims

No. 12-780 C

(Filed August 1, 2013)

```
* * * * * * * * * * * * * * * * * * * *
KELLOGG BROWN & ROOT          *
SERVICES, INC.,               *
                              *
         Plaintiff,           *
                              *
    v.                        *
                              *
THE UNITED STATES,            *
                              *
         Defendant.           *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

The caption of Plaintiff's Opposition to Defendant's Motion to Dismiss includes a request for oral argument. The government's position on plaintiff's request is unclear. The court grants plaintiff's request for oral argument. Oral argument shall include the parties' contentions regarding defendant's motion to dismiss in this case as well as the parties' contentions regarding defendant's motion to dismiss in *Kellogg Brown & Root Services, Inc. v. United States*, Case No. 13-169C.

The parties are directed to confer and agree to a mutually acceptable date for oral argument on defendant's motions to be held in Washington, D.C. The court has the following dates available:

      August 14, 2013
      August 15, 2013
      August 20, 2013

Accordingly, is it hereby **ORDERED** that the parties shall **CONFER** and **CONTACT** chambers at **202-357-6532** with their proposed date for oral argument,

no later than **August 7, 2013**.

                                                /s/Lynn J. Bush
                                                LYNN J. BUSH
                                                Judge