# In the United States Court of Federal Claims

No. 12-780 C

**KELLOGG BROWN & ROOT SERVICES, INC.**

                                                                                 **JUDGMENT**

v.

**THE UNITED STATES**

      Pursuant to the court's Opinion, filed March 7, 2014, granting defendant's motion to dismiss,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant, and the complaint is dismissed, without prejudice, for lack of subject matter jurisdiction.  Each party shall bear its own costs.

                                                         Hazel C. Keahey
                                                         Clerk of Court

**March 7, 2014**                      By:    s/ Debra L. Samler

                                                        Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $505.00.